UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN NORIEGA-RIVERA, et al.,
v.
PEDRO TOLEDO, et al.

CASE NUMBER: 97-2238 (DRD)

## ORDER

The last docket entry was an objection to the Magistrate's report and recommendation by Plaintiffs filed on September 15, 1998 (two years ago). (Docket No. 26). The objection was subsequently determined as moot/late. (Docket No. 26–Margin Order). The record does not show another docket entry for two years. Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by September 28, 2000**, why this case should not be dismissed for lack of prosecution. Failure to demonstrate exceptionally cause for Plaintiffs' lack of prosecution shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED**.
**IT IS SO ORDERED.**

Date: September 18, 2000

P:\PEACHORD ERS\97-2238 OSC

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 SEP 18 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:       EOD:

By:       #  27