# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**EDWIN NORIEGA-RIVERA, et al.,**
v.
**PEDRO TOLEDO, et al.**

                                        **CASE NUMBER: 97-2238 (DRD)**

---

## ORDER

On September 18, 2000, the Court issued an Order which reads as follows:

"The last docket entry was an objection to the Magistrate's report and recommendation by Plaintiffs filed on September 15, 1998 (two years ago). (Docket No. 26). The objection was subsequently determined as moot/late. (Docket No. 26–Margin Order). The record does not show another docket entry for two years. Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by September 28, 2000**, why this case should not be dismissed for lack of prosecution. Failure to demonstrate exceptionally cause for Plaintiffs' lack of prosecution shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED.**"

(Docket No. 27). The Plaintiffs have failed to respond. Therefore, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ORDERED.**

---

**Date: September 29, 2000**

P \PEACHORD ERS\97-2238 DIS

                        **DANIEL R. DOMINGUEZ**
                        **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 28 |