UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN NORIEGA-RIVERA, et al.,
   v.
PEDRO TOLEDO, et al.

CASE NUMBER: 97-2238 (DRD)

## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.

**IT IS SO ADJUDGED AND DECREED.**

Date: September 29, 2000

P \PEACHORD ERS\97-2238 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:        EOD:

By:           # 29