# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**EDWIN NORIEGA-RIVERA et al**
    Plaintiffs
v.
**PEDRO TOLEDO, et al**                  **CIVIL NO. 97-2238 (DRD)**
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, Judgment is hereby **RE-ENTERED** and the instant action against Defendants is **DISMISSED WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case.

**IT IS SO ADJUDGED AND DECREED.**

Date: April 23, 2001

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

P:\PeachOrders\97-2238_rec_o423.wpd