# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**EDWIN NORIEGA-RIVERA et al**
    Plaintiffs

**v.**

                                      **CIVIL NO. 97-2238 (DRD)**

**PEDRO TOLEDO, et al**
    Defendants.

## ORDER

On March 5, 2002, the Court found the remaining Co-Defendants Mariano Torres Feliciano and Enrique Perez de la Torre in **DEFAULT** (see Docket # 43). Plaintiffs were ordered to advise the Court whether they intended to pursue their request for a jury trial (as to the damages phase), or if they were going to waive the jury trial in favor of a bench trial. Plaintiffs timely complied with the Court's Order (Docket # 44), advising of their intent to maintain course with a jury trial.

The Court is ready to proceed with the damages phase in front of a jury. The parties are to appear for trial on **August 19th, 2002, at 9:00 AM**.

    **IT IS SO ORDERED.**

**DATE: March 21, 2002**

                                 **DANIEL R. DOMINGUEZ**
                                 **U.S. DISTRICT JUDGE**

P:\RDSC\Cases\97-2238\Trial Date.wpd