UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Edwin Noriega Rodriguez, et. al.   CIVIL NO. 97-2238 (DRD)

v.

Defendant(s) Pedro Toledo, et. al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 48 | ☒ GRANTED. |
| Date: May/14/2002. | ☐ DENIED. |
| Title: Motion to Withdraw & Extension of Time | ☐ MOOT. |
| | ☐ NOTED. |
| Co-Defendants' counsel Grisselle Gonzalez is leaving the Justice Department, and accordingly seeks leave to withdraw as attorney of record. Her request is GRANTED. Ms Gonzalez also requests until June 15, 2002, for the DoJ to assign new counsel to this case. Said request is also | GRANTED. Defendants are advised, nevertheless, that this has no affect on the trial date, scheduled for August 19, 2002, at 9:00 AM. The Court looks forward to seeing all parties ready for trial on said date. |

RECEIVED AND FILED
2002 JUN 14 AM 7:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: June /12/2002.

[signature]

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE