UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**   DATE: August 19, 2002
**CIVIL NO. 97-2238 (DRD)**
**START: 9:25 AM     END: 9:30 AM**

**LAW CLERK:** Ronald D. Swanson-Cerna, Esq.

---

**EDWIN NORIEGA-RIVERA, et. al.,**   Attorney:
  Plaintiffs,   Eduardo M. JOGLAR, Esq.

v.

**PEDRO TOLEDO, et. al.,**   Edwin QUIÑONES, Esq.
  Defendants.   Felix ROMAN, Esq.

---

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court noted the following:

1. The Court could not be more displeased with the Commonwealth for the recent turn of events leading to the postponement of trial which was to start today. The Court specifically refers to new counsel being assigned within just one week of trial. The new schedule for the upcoming Settlement Conference, Pre-Trial Conference, and Trial, will, *under no circumstances whatsoever,* be continued, extended, or in any way changed.

2. The parties advised the Court that serious settlement discussions are under way. Should the parties not reach a settlement, in addition to the revised schedule, counsel should be prepared for jury draw on **Friday, September 20th, at 9:00 AM**, and for the delivery of Opening Statements immediately thereafter.

                                                DANIEL R. DOMINGUEZ
                                                DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Cases\1997-2238\Conf- Status.wpd

s/c: Jury clerk