UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: September 3, 2002 |
| **CIVIL NO. 97-2238 (DRD)** | START:   5:45 PM |
| LAW CLERK: Ronald D. Swanson-Cerna, Esq. | END:       6:00 PM |

EDWIN NORRIEGA
   Plaintiff,

Attorney:
Eduardo JOGLAR, Esq.

v.

PEDRO TOLEDO,
   Defendant.

Felix ROMAN, Esq.

     A SETTLEMENT CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court <u>ordered</u> the following:

1)    The parties provided a synopsis of what they believed their case was worth. The Court advised Defendants that Plaintiff's settlement request seemed extremely reasonable in light of the damages suffered. The Court recommended that Defendants seriously consider the offer, and further recommended that Plaintiff seriously consider allowing an agreed settlement payment be paid January 31st, 2003.

2)    Upon request of the parties, a further Settlement Conference is scheduled for **Tuesday, September 10, 2002, at 5:30 PM.**

**NOTE: Get cases of Hyundai and Diana Collazo.**

s/c: Counsel of record

P:\RDSC\Cases\1997-2238\Minutes- Settlement Conf.doc

DANIEL R. DOMINGUEZ
DISTRICT JUDGE