# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF SETTING

| | |
|---|---|
| EDWIN NORIEGA-RIVERA, et al., | October 15, 2002 |
| Plaintiff | |
| v. | |
| PEDRO TOLEDO DAVILA, et al., | Civil No. 97-2238 (DRD) |
| Defendant | |

BY ORDER OF THE COURT, since the parties have not reached an agreement, jury trial in this case is hereby scheduled for October 29, 2002 at 1:30 P.M. before the Honorable Judge Daniel R. Domínguez. No extensions shall be granted.

Omar Flaquer Mendoza
Courtroom Deputy Clerk

s/c: Parties to be notified:
   Jury Clerk