# UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                                    DATE: September 10, 2002

**CIVIL NO. 97-2238 (DRD)**

LAW CLERK: Kevin M. Acevedo-Carlson

(substituting for Ron Swanson)

---

**EDWIN NORIEGA-RIVERA**, et al.,                Attorneys: Eduardo Joglar

Plaintiffs,

      v.

                                       Grisselle Gonzalez-Negron

**PEDRO TOLEDO,** et als.,

Defendants.

---

A brief Pretrial/Settlement Conference was held today. It lasted a mere three (3) minutes. The parties advised the Court as to the status of the case and their efforts to settle; they confirmed that they are nearing a settlement agreement. The Court granted them a few more days to advise the Court as the results of their efforts on reaching settlement. They shall advise the Court on or before September 27, 2002, as to whether they have reached settlement.

      **IT IS SO ORDERED.**

                                         **DANIEL R. DOMINGUEZ**

                                         **U.S. DISTRICT JUDGE**

s/c: Parties to be notified

P \Kevins Cases\97-2238.pt wpd



