IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

| | |
|---|---|
| EDWIN NORIEGA-RIVERA, et al., | October 29, 2002 |
| Plaintiff | |
| v. | |
| PEDRO TOLEDO DAVILA, et al., | Civil No. 97-2238 (DRD) |
| Defendant | |

BY ORDER OF THE COURT, since counsel Luis R. Rivera is on trial before the Honorable Judge Jay García Gregory, jury trial in this case is hereby rescheduled for December 3, 2002 at 9:00 A.M. before the Honorable Judge Daniel R. Domínguez. No extensions shall be granted.

Omar Flaquer Mendoza
Courtroom Deputy Clerk

s/c: Parties to be notified:
    Jury Clerk