UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**EDWIN NORIEGA,**
Plaintiff,

v.

Case Number: 97-2238 (DRD)

**PEDRO TOLEDO DAVILA, ET AL,**
Defendants,

## ORDER and JUDGMENT

   Plaintiff Edwin Noriega and the remaining Co-defendants Enrique Perez-de-la-Torre and Mariano Torres-Feliciano jointly filed on December 30, 2002 a Settlement Agreement in this case (Docket # 65). The Court has reviewed the Settlement Agreement and hereby **APPROVES AND ACCEPTS** the Settlement Agreement in its totality, subject to the terms and conditions as set forth therein.

   This case is **DISMISSED with prejudice**. The Court retains jurisdiction for compliance purposes.

   **IT IS SO ADJUDGED AND DECREED.**

DATE: December 30, 2002

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:                          # 66

