UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) EDWIN NORIEGA                    CIVIL NO. 97-2238(DRD)

v.

Defendant(s) PEDRO TOLEDO DAVILA, ET AL.

| MOTION | ORDER |
|---|---|
| Docket entry no. 69. | ✓ GRANTED. |
| Date: February 18, 2003. | ❑ DENIED. |
| Title: MOTION TO WITHDRAW THE MONEY DEPOSITED BY DEFENDANTS IN SATISFACTION OF JUDGEMENT. | ❑ MOOT. |
| | ❑ NOTED. |
| | The withdrawal of funds is GRANTED. Plaintiff is authorized to withdraw from the account of the Clerk of Court the amount of $25,000.00, plus interest less regular fees. The Clerk of Court is ordered to issue the corresponding check to Plaintiff in satisfaction of the judgement entered in the instant case. |

IT IS SO ORDERED.

DATE: FEBRUARY 27, 2003.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE